NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
ALEXANDER GURA (SBN 305096)
gura@novianlaw.com
NOVIAN & NOVIAN LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222

ATTORNEY(S) FOR: TRILLER FIGHT CLUB II LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware Limited Liability Company,<br><br>Plaintiff(s),<br>v.<br>THE H3 PODCAST, an unknown business entity,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-CV-03942<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  TRILLER FIGHT CLUB II LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRILLER FIGHT CLUB II LLC | Plaintiff |
| THE H3 PODCAST | Defendant |

5/10/2021
Date

/s/ Farhad Novian
Signature

Attorney of record for (or name of party appearing in pro per):

TRILLER FIGHT CLUB II LLC