**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Triller Fight Club II LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-03942 JAK (KSx) |
| v. | |
| The H3 Podcast | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____    _____
Date                         United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

In CV 21-3502, the Court ordered plaintiff to show cause why the separate alleged infringers named in that action were properly joined in a single action. Plaintiff had no well-pleaded facts that the defendants did anything other than operate independently of one another. Whether this defendant infringed is a separate event from the low-number defendant's alleged infringement, does not call for a determination of the same facts, and will not require duplication of labor.

May 12, 2021                 [signature]
Date                         United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:21-cv-03502 PA (RAOx)   and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*