NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
FARHAD NOVIAN (SBN 118129)
MICHAEL O'BRIEN (SBN 277244)
ALEXANDER BRENDON GURA (SBN 305096)
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222

ATTORNEY(S) FOR: TRILLER FIGHT CLUB II LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware Limited Liability Company,<br>Plaintiff(s),<br>v.<br>TED ENTERTAINMENT, INC. a California corporation, ETHAN KLEIN, an individual, HILA KLEIN, an individual, and Does 1-10,<br>Defendant(s). | CASE NUMBER:<br>2:21-CV-03942<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____TRILLER FIGHT CLUB II LLC,_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRILLER FIGHT CLUB II LLC | Plaintiff |
| TED ENTERTAINMENT, INC | Defendant |
| ETHAN KLEIN | Defendant |
| HILA KLEIN | Defendant |

5/21/2021                              /s/ Farhad Novian
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff TRILLER FIGHT CLUB II LLC

CV-30 (05/13)                      NOTICE OF INTERESTED PARTIES