FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
MICHAEL O'BRIEN (SBN 277244)
michaelo@novianlaw.com
ALEXANDER BRENDON GURA (SBN 305096)
gura@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

*Attorneys for Plaintiff Triller Fight Club II LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TED ENTERTAINMENT, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:21-cv-03942-JAK-KS<br><br>**[PROPOSED] STIPULATED AGREEMENT FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Complaint Filed: May 10, 2021 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-1, Plaintiff Triller Fight Club II LLC ("Fight Club" or "Plaintiff") and Defendants Ted Entertainment, Inc. ("TEI"), Ethan Klein, and Hila Klein (collectively, "Defendants) and proposed additional defendant Teddy Fresh, Inc. ("TFI") (Defendants, TFI and Plaintiff are sometimes collectively referred to as the "Parties"), by their respective counsel, stipulate as follows:

WHEREAS, on May 10, 2021, Plaintiff initiated the above-captioned action by filing a Complaint against "H3 Podcast, an unknown business entity." ECF No. 1.

WHEREAS, on May 21, 2021, pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), Plaintiff filed a First Amended Complaint naming Defendants (the "FAC"). ECF No. 10.

WHEREAS, pursuant to Local Rule 7-3, the Parties met and conferred in good faith concerning the FAC, and, on July 12, 2021, Plaintiff sent to Defendants a [Proposed] Second Amended Complaint (the "SAC").

WHEREAS, the Parties have agreed that Plaintiff should be granted leave to file the SAC on or before Friday, July 23, 2021.

WHEREAS, counsel for Defendants and TFI have agreed to accept service of the SAC effective July 23, 2021.

WHEREAS, Defendants and TFI believe that the SAC is without merit. Defendants' and TFI's agreement to permit Plaintiff to file the SAC is neither an admission to or concession of any theory of liability or damages set out in the SAC.

WHEREAS, Defendants and TFI will file a motion to dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss").

WHEREAS, pursuant to Local Rule 7-3, on July 14, 2021, the Parties met and conferred in good faith concerning the grounds for the Motion to Dismiss the SAC.

WHEREAS, the Parties agreed that Defendants and TFI shall on or before September 6, 2021 file the Motion to Dismiss.

WHEREAS, the Parties agreed that Plaintiff shall have 30 days after the filing of the Motion to Dismiss to file an opposition to the Motion to Dismiss (the "Opposition").

WHEREAS, the Parties agree that Defendants and TFI shall have 14 days after the filing of the Opposition to file a reply (the "Reply").

WHEREAS, the Parties agree that when Defendants and TFI file their Motion to Dismiss, they will notice it for a date set for at least thirty-five (35) days after the date by which the Reply brief is due under the timeframe set forth above.

NOW, THEREFORE, it is hereby stipulated by and between the Parties and their Counsel of Record and subject to the Court's approval that:

1. Plaintiff shall file the SAC on or before Friday, July 23, 2021;
2. Defendants and TFI will be deemed served with the SAC effective July 23, 2021;
3. Defendants and TFI shall file the Motion to Dismiss on or before Monday, September 6, 2021;
4. Plaintiff shall file the Opposition on or before thirty days after the filing of the Motion to Dismiss;
5. Defendants and TFI shall file the Reply on or before fourteen days after the Opposition is filed.
6. Defendants and TFI will notice the hearing on the Motion to Dismiss for a date that falls at least thirty-five days after the filing of the Reply.

///
///
///
///
///
///
///

1      IT IS SO STIPULATED.

Dated: July 20, 2021      NOVIAN & NOVIAN, LLP
     Attorneys at Law

     By:   /s/ Farhad Novian
           FARHAD NOVIAN
           MICHAEL O'BRIEN
           ALEXANDER BRENDON GURA

*Attorneys for Plaintiff Triller Fight Club II LLC*

Dated: July 20, 2021      LAW OFFICES OF LINCOLN BANDLOW

     By:   /s/ Lincoln D. Bandlow
           LINCOLN D. BANDLOW
           ROM BAR-NISSIM

*Attorneys for Defendants Ted Entertainment, Inc., Ethan Klein, and Hila Klein and proposed additional defendant Teddy Fresh, Inc.*

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the above document on July 20, 2021, via the Court's CM/ECF system. Any other parties or counsel of record will be served by regular and/or electronic mail.

Dated: July 20, 2021      NOVIAN & NOVIAN, LLP
     Attorneys at Law

     By:   /s/ Farhad Novian
           FARHAD NOVIAN
           MICHAEL O'BRIEN
           ALEXANDER BRENDON GURA

*Attorneys for Plaintiff Triller Fight Club II LLC*