**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TED ENTERTAINMENT, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:21-cv-03942-JAK-KS<br><br>**[PROPOSED] ORDER ON STIPULATED AGREEMENT FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Complaint Filed:  May 10, 2021 |

The Court, having considered the parties' [Proposed] Stipulated Agreement for Leave to File Second Amended Complaint and Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P 12(b)(6), and good cause appearing therefor, orders as follows:

1. Plaintiff shall file the SAC on or before Friday, July 23, 2021;
2. Defendants and TFI will be deemed served with the SAC effective July 23, 2021;
3. Defendants and TFI shall file the Motion to Dismiss on or before Monday, September 6, 2021;
4. Plaintiff shall file the Opposition on or before thirty days after the filing of the Motion to Dismiss;
5. Defendants and TFI shall file the Reply on or before fourteen days after the Opposition is filed.
6. Defendants and TFI will notice the hearing on the Motion to Dismiss for a date that falls at least thirty-five days after the filing of the Reply.

IT IS SO ORDERED.

Dated: _____

Hon. John A. Kronstadt
United States District Court