UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TED ENTERTAINMENT, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-03942-JAK (KSx)<br><br>**ORDER RE STIPULATED AGREEMENT FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) (DKT. 22)** |

Based on a review of the parties' "Stipulated Agreement for Leave to File Second Amended Complaint and Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P 12(b)(6)" (the "Stipulation" (Dkt. 22)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. Plaintiff shall file the Second Amended Complaint ("SAC") on or before Friday, July 23, 2021;
2. Defendants and Teddy Fresh, Inc. ("TFI") will be deemed served with the SAC effective July 23, 2021;
3. Defendants and TFI shall file the Motion to Dismiss on or before Monday, September 6, 2021;
4. Plaintiff shall file the Opposition on or before October 6, 2021;
5. Defendants and TFI shall file the Reply on or before October 20, 2021; and
6. Defendants and TFI shall notice the hearing on the Motion to Dismiss for November 22, 2021.

**IT IS SO ORDERED.**

Dated: July 22 ,2021

_____
John A. Kronstadt
United States District Court