| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>FARHAD NOVIAN farhad@novianlaw.com<br>MICHAEL O'BRIEN michaelo@novianlaw.com A<br>LEXANDER BRENDON GURA gura@novianlaw.com<br>NOVIAN & NOVIAN, LLP<br>1801 Century Park East, Suite 1201<br>Los Angeles, California 90067<br>(310) 553-1222<br><br>ATTORNEY(S) FOR: Plaintiff TRILLER FIGHT CLUB II LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br>Plaintiff(s),<br>v.<br>TED ENTERTAINMENT, INC. a California corporation, et al.,<br>Defendant(s) | CASE NUMBER:<br>2:21-cv-03942-JAK-KS<br><br>AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff TRILLER FIGHT CLUB II LLC_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRILLER FIGHT CLUB II LLC | Plaintiff |
| TED ENTERTAINMENT, INC. | Defendant |
| TEDDY FRESH, INC. | Defendant |
| ETHAN KLEIN | Defendant |
| HILA KLEIN | Defendant |

| | |
|---|---|
| 07-23-2021<br>Date | /s/ Farhad Novian<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff TRILLER FIGHT CLUB II LLC