1  Lincoln D. Bandlow (SBN: 170449)
   Lincoln@BandlowLaw.com
2  Rom Bar-Nissim (SBN: 293356)
   Rom@BandlowLaw.com
3  **Law Offices of Lincoln Bandlow, P.C.**
4  1801 Century Park East, Suite 2400
   Los Angeles, CA 90067
5  Telephone: 310.556.9680
   Facsimile: 310.861.5550
6
7  Attorneys for Defendants
   Ted Entertainment, Inc., Teddy Fresh, Inc.
8  Ethan Klein and Hila Klein

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants. | Case No.: 2:21-cv-03942-JAK-KS<br><br>**DECLARATION OF DEFENDANT ETHAN KLEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>[Notice of Motion and Motion; Declaration of Lincoln D. Bandlow; Compendium of Exhibits; Notice of Lodging and Request for Judicial Notice filed concurrently herewith]<br><br>Assigned to: Hon. John A. Kronstadt<br><br>Date: November 22, 2021<br>Time: 8:30 a.m.<br>Place: Courtroom 10B |

# DECLARATION OF ETHAN KLEIN

I, Ethan Klein, do hereby state and declare as follows:

1. I am over the age of 18 and one of the named defendants in the present action. I am the chief executive officer of defendant Ted Entertainment, Inc. ("TEI") – which I own with my wife, defendant Hila Klein ("Hila"). TEI is the production company responsible for the creation, production and dissemination of the H3 Podcast. I am the vice-president of defendant Teddy Fresh, Inc. ("Teddy Fresh") – which I own with Hila. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this Declaration in support of defendants' Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6) (the "Motion").

2. A true and correct screen capture video of the audiovisual work by plaintiff Triller Fight Club II, LLC ("Triller") entitled *Jake Paul vs. Ben Askren* (the "Broadcast") from https://www.fite.tv/watch/jake-paul-vs-ben-askren/2p8y0/ is included on the external hard drive filed with Defendants' Notice of Lodging and incorporated herein as **Exhibit B**.

3. A true and correct printout of the webpage for the H3 Podcast episode entitled *Jake Paul Fight Was A Disaster – H3 Podcast #244* (the "4/22/21 Podcast"), available at https://youtu.be/bfKPts4BJkA and referenced in Paragraphs 3, 5, 13, 24, 28, 32, 36, 41 and 44 of Triller's Second Amended Complaint ("SAC") is attached to Defendants' Compendium of Exhibits and incorporated herein as **Exhibit C**.

4. A true and correct printout of the webpage for the video entitled *Jake Knockout* that was referred to in the 4/22/21 Podcast (the "Reference Video"), was available at: https://www.youtube.com/watch?v=-G7u36dpmL8 and referenced in Paragraphs 3, 5, 13, 24, 28, 32, 36, 41 and 44 of Triller's SAC is attached to

2
KLEIN DECLARATION ISO DEFENDANTS' MOTION TO DISMISS

Defendants' Compendium of Exhibits and incorporated herein as **Exhibit D**. Since the Reference Video is currently designated as private, the publicly available version appears different than Exhibit D. Exhibit D is how the webpage appears to TEI as the owner of the Zach the Sound Lad Channel and was visible prior to May 3, 2021 to those who manually entered the URL for the Reference Video. Currently, the Reference Video is private. As of May 3, 2021, the Reference Video was changed from "unlisted" to "private." If one were to click the link to the Reference Video, the individual will be greeted with a black box that states: "Video unavailable" and "This video is private." Currently, the Reference Video is only accessible by TEI. Should the Court wish to confirm the printout of the webpage for the Reference Video, Defendants can make arrangements for the Court to view the webpage for the Reference Video with sufficient advance notice.

5. A true and correct printout of the YouTube Help article entitled "Change Video Privacy Settings" that defines public, unlisted and private videos on YouTube and is available at: https://support.google.com/youtube/answer/157177?co=GENIE.Platform%3DDesktop&hl=en#zippy=%2Cunlisted-videos%2Cprivate-videos%2Cpublic-videos is attached to Defendants' Compendium of Exhibits and incorporated herein as **Exhibit E**.

6. A true and correct copy of the Reference Video, which was available at https://www.youtube.com/watch?v=-G7u36dpmL8 and referenced in Paragraphs 5, 24, 26, 32, 34-35, 41 and 43 of Triller's SAC is included on the external hard drive filed with Defendants' Notice of Lodging and incorporated herein as **Exhibit F.**

7. A true and correct printout of a YouTube Help article that defines eligibility for the YouTube Partner Program entitled "YouTube Partner Program overview & eligibility", is available at:

https://support.google.com/youtube/answer/72851?hl=en and referenced in Paragraphs 3, 13, 28, 36 and 44 of Triller's SAC is attached to Defendants' Compendium of Exhibits and incorporated herein as **Exhibit G**.

8. A true and correct copy of the 4/22/21 Podcast, is available at https://youtu.be/bfKPts4BJkA and is referenced in Paragraphs 5-6, 24-25, 32-33 and 41-42 of Triller's SAC is included on the external hard drive filed with Defendants' Notice of Lodging and incorporated herein as **Exhibit H**.

9. A true and correct printout of the definition of the word "stream" from Merriam-Webster's online dictionary, which is available at: https://www.merriam-webster.com/dictionary/stream, is attached to Defendants' Compendium of Exhibits and incorporated herein as **Exhibit P**.

I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 6th day of September, 2021 in Los Angeles, California.

*/s/ Ethan Klein*
_____
Ethan Klein