Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Ted Entertainment, Inc., Teddy Fresh, Inc.
Ethan Klein and Hila Klein

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants. | Case No.: 2:21-cv-03942-JAK-KS<br><br>**NOTICE OF LODGING RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>[Notice of Motion and Motion; Declarations of Ethan Klein and Lincoln D. Bandlow, Request for Judicial Notice, and Compendium of Exhibits filed concurrently herewith]<br><br>Assigned to: Hon. John A. Kronstadt<br><br>Date: November 22, 2021<br>Time: 8:30 a.m.<br>Place: Courtroom 10B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Ted Entertainment, Inc. ("TEI"), Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively, "Defendants") hereby lodge with the Court an external hard drive containing the following Exhibits that are identified in Defendants' Compendium of Exhibits filed in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint:

1. **Exhibit B**: Plaintiff Triller Fight Club II, LLC's audiovisual work entitled, *Jake Paul vs. Ben Askren* (the "Broadcast");
2. **Exhibit F**: The unlisted video that contained an excerpt of the Broadcast (the "Reference Video") and was referred to in the TEI audiovisual work entitled *Jake Paul Fight Was A Disaster – H3 Podcast # 244* (the "4/22/21 Podcast"); and
3. **Exhibit H**: The 4/22/21 Podcast.

**PLEASE TAKE FURTHER NOTICE** that an identical copy of the external hard drive described above will be: (1) served on all the parties herein; and (2) provided to the Court with the Court's courtesy copy of all Motion materials.

Dated: September 6, 2021                **Law Offices of Lincoln Bandlow**

By _____
LINCOLN D. BANDLOW
ROM BAR-NISSIM
Attorneys for Defendants