| | |
|---|---|
| 1 | FARHAD NOVIAN (SBN 118129) |
|   | farhad@novianlaw.com |
| 2 | MICHAEL O'BRIEN (SBN 277244) |
| 3 | michaelo@novianlaw.com |
|   | ALEXANDER BRENDON GURA (SBN 305096) |
| 4 | gura@novianlaw.com |
| 5 | **NOVIAN & NOVIAN, LLP** |
|   | 1801 Century Park East, Suite 1201 |
| 6 | Los Angeles, California 90067 |
| 7 | Telephone: (310) 553-1222 |
|   | Facsimile: (310) 553-0222 |

*Attorneys for Plaintiff Triller Fight Club II LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company, | CASE NO.: 2:21-cv-03942-JAK-KS |
| Plaintiff, | Assigned to: Hon. John A. Kronstadt |
| vs. | **DECLARATION OF ALEXANDER BRENDON GURA IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)** |
| TED ENTERTAINMENT, INC. a California corporation, ETHAN KLEIN, an individual, HILA KLEIN, an individual, and Does 1-10, | |
| Defendants. | **[Filed concurrently with:** |
| | **1.   Opposition to Defendants' Motion to Dismiss Second Amended Complaint; and** |
| | **2.   Opposition to Defendants' Request for Judicial Notice.]** |
| | Date:  November 22, 2021 |
| | Time:  8:30 a.m. |
| | Place: Courtroom 10B |

DECLARATION OF ALEXANDER BRENDON GURA ISO
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

# DECLARATION OF ALEXANDER BRENDON GURA

I, Alexander Brendon Gura, declare:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an attorney at Novian & Novian, LLP, counsel for Plaintiff Triller Fight Club II LLC ("Plaintiff") in the instant action. I am making this declaration in support of Plaintiff's Memorandum of Points and Authorities in Opposition to Motion to Dismiss Second Amended Complaint filed by Defendants Ted Entertainment, Inc. ("TEI"), Teddy Fresh, Inc. ("Teddy Fresh"), Ethan Klein, and Hila Klein (the "Opposition" and, collectively, "Defendants"). I am familiar with the files and pleadings in this case, and I have personal knowledge of the facts stated herein. If called upon to do so, I would competently testify to the contents of this Declaration.

2. Plaintiff owns the copyright to the broadcast of the "Jake Paul vs. Ben Askren" boxing event, including all undercard bouts and the entire television broadcast, exhibited on a pay-per-view basis via closed circuit television and encrypted satellite signal (the "Broadcast"). Plaintiff's copyright in the Broadcast bears Registration Number PA 2-290-040, became effective on April 30, 2021, and was decided on May 4, 2021. A true and correct copy of Plaintiff's certificate of registration is attached hereto as **Exhibit A**.

3. I have reviewed TEI's publicly available filings with the California Secretary of State. On January 5, 2021, TEI filed a Statement of Information stating that its corporate offices are located at 5535 Balboa Blvd., Ste. 222, Encino, CA 91316, and identifying Ethan Klein as the Chief Executive Officer and Chief Financial Officer of TEI, and Hila Klein as the Secretary and sole Director of TEI. The January 5, 2021 Statement of Information indicates that TEI has no other officers or directors. A true and correct copy of TEI's January 5, 2021 Statement of Information is attached hereto as **Exhibit B**. On September 29, 2021, after this action was initiated, TEI filed a Statement of Information stating that its corporate offices are located at 106 ½ Judge John Aiso St #434, Los Angeles, CA 90012, and identifying Ethan Klein as the Chief

Executive Officer and Chief Financial Officer of TEI, and Hila Klein as the Secretary and sole Director of TEI. The September 29, 2021 Statement of Information indicates that TEI has no other officers or directors. A true and correct copy of TEI's September 29, 2021 Statement of Information is attached hereto as **Exhibit C**.

4. I have reviewed Teddy Fresh's publicly available filings with the California Secretary of State. On February 17, 2021, Teddy Fresh filed a Statement of Information stating that its corporate offices are located at 5535 Balboa Blvd., Ste. 222, Encino, CA 91316, and identifying Hila Klein as the Chief Executive Officer, Chief Financial Officer, and sole Director of Teddy Fresh, and Ethan Klein as the Secretary of Teddy Fresh. The February 17, 2021 Statement of Information indicates that Teddy Fresh has no other officers or directors. A true and correct copy of Teddy Fresh's February 17, 2021 Statement of Information is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on this 6th day of October, 2021, at Los Angeles, California.

                                /s/ Alexander Brendon Gura
                                ALEXANDER BRENDON GURA