# EXHIBIT A

**Registration #:** PA0002290040
**Service Request #:** 1-10414848281

## Mail Certificate

Latham & Watkins LLP
Julie L. Dalke
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626 United States

**Priority:** Special Handling     **Application Date:** April 30, 2021

## Correspondent

**Organization Name:** Latham & Watkins LLP
**Name:** Julie L. Dalke
**Email:** ipdocket@lw.com
**Address:** 650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626 United States

**Registration Number**
## PA 2-290-040
**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
May 04, 2021

## Title

**Title of Work:** Jake Paul vs Ben Askren

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 17, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Triller Fight Club II, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Triller Fight Club II, LLC
2121 Avenue of the Stars Suite 2320, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music, musical performances

**New material included in claim:** additional new footage, production as a motion picture

## Certification

**Name:** John Flock
**Date:** April 30, 2021
**Applicant's Tracking Number:** 068356-0002

Page 1 of 2