# EXHIBIT C

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

Entity Name:

Entity (File) Number:
File Date:
Entity Type:   Corporation
Jurisdiction:
Document ID:

**Detailed Filing Information**

1. Entity Name:

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:

   c. Street Address of Principal Executive Office:

3. Officers:
   a. Chief Executive Officer:

   b. Secretary:

Document ID:

# California Secretary of State
## Electronic Filing

Officers (cont'd):

   c.  Chief Financial Officer:

4. Director:

   Number of Vacancies on the Board of Directors:

5. Agent for Service of Process:

6. Type of Business:

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID:

**California Secretary of State**
Electronic Filing

## Corporation - Attachment to Statement of Information

**List of Additional Directors**:

1.

2.

3.

4.

5.

6.

7.

Document ID: