| | |
|---|---|
| Lincoln D. Bandlow (SBN 170449) | Farhad Novian (SBN 118129) |
| Lincoln@BandlowLaw.com | Farhad@NovianLaw.com |
| Rom Bar-Nissim (SBN 293356) | Lauren Woodland (SBN 283052) |
| Rom@BandlowLaw.com | LaurenW@NovianLaw.com |
| Law Offices of Lincoln Bandlow, P.C. | Alexander Kandel (SBN 306176) |
| 1801 Century Park East, Suite 2400 | AlexanderK@NovianLaw.com |
| Los Angeles, CA 90067 | Novian & Novian, LLP |
| Telephone: 310.556.9680 | 1801 Century Park East, Suite 1201 |
| Attorneys for Defendants | Los Angeles, California 90067 |
| | Telephone: (310) 553-1222 |
| | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants. | Case No. 2:21-cv-03942-JAK-KS<br>*Hon. John A. Kronstadt Presiding*<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE THIRD AMENDED COMPLAINT**<br><br>([Proposed] Order Filed Concurrently) |

**WHEREAS,** plaintiff Triller Fight Club II, LLC ("Triller") commenced this action by filing its complaint on May 10, 2021 (Dkt. No. 1);

**WHEREAS,** in response to Triller's Second Amended Complaint ("SAC") (Dkt. No. 17), defendants Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively, "Defendants") filed a motion to dismiss the SAC on September 6, 2021 (Dkt. No. 26);

**WHEREAS,** on September 15, 2023, this Court issued an order that granted Defendants' motion to dismiss with respect to the alter ego and vicarious copyright infringement claims (the "9/15/23 Order") (Dkt. No. 32);

**WHEREAS**, the 9/15/23 Order granted Triller leave to amend the alter ego and vicarious copyright infringement claim and provided Triller twenty-one days to file its third amended complaint;

**WHEREAS**, on September 29, 2023, Triller filed its third amended complaint ("TAC") (Dkt. No. 36);

**WHEREAS,** pursuant to Federal Rule of Civil Procedure 15(a)(3) requires Defendants to file a responsive pleading to the TAC within fourteen days after service of the TAC – *i.e.*, October 13, 2023;

**WHEREAS,** Local Rule 7-3 required that the parties meet and confer regarding any potential motion to dismiss the TAC at least seven days prior to filing such a motion – October 6, 2023;

**WHEREAS**, on October 2, 2023, Defendants sent Triller: (1) a meet and confer letter that set forth the grounds for Defendants' potential motion to dismiss the alter ego and vicarious copyright infringement claims from the TAC (the "Potential Motion to Dismiss"); and (2) an email requesting that Triller agree to extend the deadline for Defendants to respond to the TAC to facilitate the meet and confer process;

**WHEREAS,** on October 4, 2023, Triller requested that the parties meet and confer regarding the Potential Motion to Dismiss on October 6, 2023;

1    **WHEREAS**, on October 4, 2023, Defendants' counsel: (1) informed Triller's counsel that they were unavailable to meet and confer on October 6, 2023 because Defendants' counsel was attending a professional conference; and (2) followed up on Defendants' request to extend the deadline to respond to the TAC;

**WHEREAS**, on October 6, 2023, Triller agreed: (1) to meet and confer regarding Defendants' Potential Motion to Dismiss on October 9, 2023, to which Defendants' counsel agreed; and (2) extend the deadline for Defendants to respond to the TAC by ten days to facilitate those discussions;

**WHEREAS,** on October 9, 2023, counsel for Defendants and Triller conducted their initial meet and confer regarding Defendants' Potential Motion to Dismiss;

**WHEREAS,** the parties wish to continue pursuing their meet and confer efforts regarding Defendants' Potential Motion to Dismiss;

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties, that the October 13, 2023 deadline for Defendants to respond to the TAC be extended to October 23, 2023. The Parties respectfully request that the Court enter the [Proposed] Order lodged concurrently herewith.

Dated: October 16, 2023     By:  */s/Alexander Kandel*
                                  Farhad Novian
                                  Lauren Woodland
                                  Alexander Kandel
                                  Novian & Novian, LLP
                                  *Attorneys for Plaintiff*

Dated: October 16, 2023     By:  */s/Lincoln Bandlow*
                                  Lincoln Bandlow,
                                  Rom Bar-Nissim
                                  The Law Offices of Lincoln Bandlow
                                  *Attorneys for Defendants*

2
JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO THE THIRD AMENDED COMPLAINT

1 Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other
2 signatories listed, and on whose behalf this filing is submitted, concur in the filing's
3 content and have authorized the filing.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28