1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-03942-JAK-KS<br>*Hon. John A. Kronstadt Presiding*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE THIRD AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation to Continue The Deadling For Defendants to Respond to the Third Amended Complaint submitted by Plaintiff Triller Fight Club II, LLC ("TFCII") and Defendants Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively, "Defendants") and for good cause shown, the Court hereby ORDERS as follows:

1. The Stipulation is GRANTED; and

2. Defendants' deadline to respond to Triller's Third Amended Complaint is CONTINUED from October 13, 2023 to October 23, 2023.

SO ORDERED.

DATE:_____          _____

Hon. John A. Kronstadt

United States District Court Judge