# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants. | No. 2:21-cv-03942-JAK (KSx)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE THIRD AMENDED COMPLAINT (DKT. 39)** |

Based on a review of the Joint Stipulation to Continue the Deadline for Defendants to Respond to the Third Amended Complaint (the "Stipulation" (Dkt. 39)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The deadline for Defendants to respond to the TAC is extended to October 23, 2023.

**IT IS SO ORDERED.**

Dated:   October 19, 2023                         _____
                                                                                      John A. Kronstadt
                                                                                      United States District Judge