1 | Lincoln D. Bandlow (SBN: 170449)
2 | Lincoln@BandlowLaw.com
  | Rom Bar-Nissim (SBN: 293356)
3 | Rom@BandlowLaw.com
  | **Law Offices of Lincoln Bandlow, P.C.**
4 | 1801 Century Park East, Suite 2400
  | Los Angeles, CA 90067
5 | Telephone: 310.556.9680
  | Facsimile: 310.861.5550
6 |
7 | Attorneys for Defendants
  | Ted Entertainment, Inc., Teddy Fresh, Inc.
8 | Ethan Klein and Hila Klein

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>                    Defendants. | Case No.: 2:21-cv-03942-JAK-KS<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE ALTER EGO AND VICARIOUS COPYRIGHT INFRINGEMENT CLAIMS IN PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>[Memorandum of Points and Authorities; Declaration of Lincoln D. Bandlow, Request for Judicial Notice, Notice of Lodging; [Proposed] Order; and [Proposed] Judgment filed concurrently herewith]<br><br>Assigned to: Hon. John A. Kronstadt<br><br>Date: January 8, 2024<br>Time: 8:30 a.m.<br>Place: Courtroom 10B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 8, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard by the Court, in Courtroom 10B of this Court at 350 W. First Street, Los Angeles, California, before the Honorable John A. Kronstadt, Defendants Ted Entertainment, Inc. ("TEI"), Teddy Fresh, Inc. ("Teddy Fresh"), Ethan Klein ("Ethan") and Hila Klein ("Hila") (collectively, "Defendants") will and hereby do respectively move this Court for an Order dismissing with prejudice: (1) defendants Teddy Fresh, Ethan and Hila from the present action; and (2) the second claim for relief of vicarious copyright infringement alleged in the Third Amended Complaint ("TAC") of Plaintiff Triller Fight Club II, LLC ("Triller") pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rule 12(b)(6) (the "Motion to Dismiss").

This Motion to Dismiss is made on the grounds that:

1. Triller's alter ego allegations against Teddy Fresh, Ethan and Hila fail to state facts sufficiently to plausibly state: (1) a unity of interest between TEI, on one hand, and Teddy Fresh, Ethan and Hila, on the other hand; or (2) any fraudulent conduct, violation of statute or inequitable result from treating TEI as separate and distinct from Teddy Fresh, Ethan and Hila. *See* F.R.C.P. Rules 9(b) and 12(b)(6).

2. Plaintiff's claim for vicarious copyright infringement fails to state sufficient facts to plausibly state: (1) third party infringement; or (2) a direct financial benefit. In addition, the new allegations demonstrate fair use as a matter of law. *See* F.R.C.P. Rule 12(b)(6); 17 U.S.C. § 107.

This Motion to Dismiss is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Lincoln D. Bandlow, Esq., Request for Judicial Notice, Notice of Lodging, the [Proposed] Order, the [Proposed] Judgment, the pleadings and other papers on file in this action and upon such argument as may be presented prior to the Court's determination of this matter.

This Motion to Dismiss is made following the conference of counsel

pursuant to Local Rule 7-3 which took place on October 13, 2023. Declaration of Lincoln Bandlow, dated October 13, 2023, ¶ 11, Ex. Z.

Dated:  October 23, 2023  **Law Offices of Lincoln Bandlow**

By _____
LINCOLN D. BANDLOW
ROM BAR-NISSIM
Attorneys for Defendants