| | |
|---|---|
| 1 | Lincoln D. Bandlow (SBN: 170449) |
| | Lincoln@BandlowLaw.com |
| 2 | Rom Bar-Nissim (SBN: 293356) |
| | Rom@BandlowLaw.com |
| 3 | **Law Offices of Lincoln Bandlow, P.C.** |
| | 1801 Century Park East, Suite 2400 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: 310.556.9680 |
| 5 | Facsimile: 310.861.5550 |
| 6 | Attorneys for Defendants |
| 7 | Ted Entertainment, Inc., Teddy Fresh, Inc. |
| | Ethan Klein and Hila Klein |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company, | Case No.: 2:21-cv-03942-JAK-KS |
| Plaintiff, | **NOTICE OF LODGING RE: DEFENDANTS' MOTION TO DISMISS THE ALTER EGO AND VICARIOUS COPYRIGHT INFRINGEMENT CLAIMS IN PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)** |
| v. | |
| TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10 | |
| Defendants. | [Notice of Motion; Memorandum of Points and Authorities; Declaration of Lincoln D. Bandlow; Request for Judicial Notice; [Proposed] Order and [Proposed] Judgment filed concurrently herewith] |
| | Assigned to: Hon. John A. Kronstadt |
| | Date: January 8, 2023 |
| | Time: 8:30 a.m. |
| | Place: Courtroom 10B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Ted Entertainment, Inc. ("TEI"), Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively, "Defendants") hereby lodge with the Court the following materials in conjunction with their Motion to Dismiss the Alter Ego and Vicarious Copyright Infringement Claims in Plaintiff's Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6).

1. An external hard drive containing the following Exhibits to Defendants' Request for Judicial Notice:

   a. Exhibit U: The video entitled *Teddy Fresh Summer Collection* (the "Podcast Clip");

   b. Exhibit V: The video entitled *Twitch Double Standard & Analyzing Belle Delphine's Spit – H3 Podcast #129* (from which the Podcast Clip is derived).

**PLEASE TAKE FURTHER NOTICE** that an external hard drive identical to that described above is being served on all the parties herein.

Dated: October 23, 2023

**Law Offices of Lincoln Bandlow**

By  *[signature]*
LINCOLN D. BANDLOW
ROM BAR-NISSIM
Attorneys for Defendants