Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Ted Entertainment, Inc., Teddy Fresh, Inc.
Ethan Klein and Hila Klein

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants. | Case No.: 2:21-cv-03942-JAK-KS<br><br>**DECLARATION OF LINCOLN D. BANDLOW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE ALTER EGO AND VICARIOUS COPYRIGHT INFRINGEMENT CLAIMS IN PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>[Notice of Motion; Memorandum of Points and Authorities; Notice of Lodging and Request for Judicial Notice; [Proposed] Order and [Proposed] Judgment filed concurrently herewith]<br><br>Assigned to: Hon. John A. Kronstadt<br><br>Date: January 8, 2024<br>Time: 8:30 a.m.<br>Place: Courtroom 10B |

## DECLARATION OF LINCOLN D. BANDLOW

I, Lincoln D. Bandlow, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the founder of the Law Offices of Lincoln Bandlow, P.C. and attorney of record for defendants Ted Entertainment, Inc. ("TEI"), Teddy Fresh, Inc. ("Teddy Fresh"), Ethan Klein ("Ethan") and Hila Klein ("Hila") (collectively, "Defendants"). I have personal knowledge of the facts contained in this Declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this Declaration in support of Defendants' Motion to Dismiss the Alter Ego and Vicarious Copyright Infringement Claim in Plaintiff's Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) (the "Motion").

2. A true and correct copy of the June 9, 2023 *Fashionista* article entitled "How Hila Klein Went From YouTube Star To Fashion Designer And CEO of Teddy Fresh" authored by Morgan Whipple (*available at*: https://fashionista.com/2023/06/hila-klein-teddy-fresh-designer-career-interview) and referenced in Paragraphs 17(a)(vi-vii) of the Third Amended Complaint ("TAC") of plaintiff Triller Fight Club II, LLC ("Triller") is attached hereto and incorporated herein as **Exhibit Q**.

3. A true and correct printout of the "About" section for the homepage of TEI's H3 Podcast channel on YouTube (*available at*: https://www.youtube.com/@H3Podcast/about) and referenced in Paragraphs 3, 5, 13-14, 17(a)(iii-v), 17(a)(vii-viii), 24, 28, 32, 36, 38-40, 46 and 49 in the TAC is attached hereto and incorporated herein as **Exhibit R**.

4. A true and correct redacted copy of Articles of Incorporation for Teddy Fresh that I downloaded from the California Secretary of State's publicly available business search website is attached hereto and incorporated herein as **Exhibit S**.

5. A true and correct printout of Hila's TikTok page (*available at*: https://www.tiktok.com/@hilakleinh3?lang=en) and referenced in Paragraph 17(ix) of the TAC is attached hereto and incorporated herein as **Exhibit T.**

6. A true and correct copy of the July 27, 2019 TEI video from the H3 Podcast Highlights channel entitled *Teddy Fresh Summer Collection* (the "Podcast Clip") (*available at*: https://www.youtube.com/watch?v=vBJy64IqHO0) and referenced in Paragraph 17(a)(v) of the TAC is included on the external hard drive filed with Defendants' Notice of Lodging and is incorporated herein as **Exhibit U**.

7. A true and correct copy of the July 26, 2019 TEI video from the H3 Podcast Channel entitled *Twitch Double Standard & Analyzing Belle Delphine's Spit – H3 Podcast #129* ("H3 Podcast No. 129") (*available at:* https://www.youtube.com/watch?v=1owweBRXABQ) from which the Podcast Clip (referenced in Paragraph 17(a)(v) of the TAC) is derived (*see* 0:32:43-0:35:50) is included on the external hard drive filed with Defendants' Notice of Lodging and is incorporated herein as **Exhibit V**.

8. A true and correct printout of the webpage for the Podcast Clip (*available at*: https://www.youtube.com/watch?v=vBJy64IqHO0) and referenced in Paragraph 17(a)(v) of the TAC is attached hereto and incorporated herein as **Exhibit W**.

9. A true and correct printout of the webpage for H3 Podcast No. 129 (*available at*: https://www.youtube.com/watch?v=1owweBRXABQ) from which the Podcast Clip (referenced in Paragraph 17(a)(v) of the TAC) is derived is attached hereto and incorporated herein as **Exhibit X**.

10. A true and correct copy of the January 12, 2022 order granting Defendants' anti-SLAPP motion in the action entitled *Triller, Inc. v. Ted Entertainment, Inc. et al.* (Case No. 21SMCV01225) and dismissing the action is attached hereto and incorporated herein as **Exhibit Y**.

11. On October 2, 2023, I sent Triller's counsel a meet and confer letter

that set forth in the detail the grounds for Defendants' Motion (the "10/2/23 Letter"). In the 10/2/23 Letter, I requested that the parties meet and confer telephonically regarding the Motion pursuant to Local Rule 7-3. A true and correct copy of the 10/2/23 Letter is attached hereto and incorporated herein as **Exhibit Z**. On October 9, 2023, I met and conferred with Triller's counsel telephonically. During the telephonic meet and confer, Triller stated it "disagreed" with the points raised in the 10/2/23 Letter but did not provide any further explanation – despite being requested on multiple occasions to do so.

      I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 23rd day of October, 2023 in Encino, California.

_____

Lincoln D. Bandlow