# Exhibit R

# Home
# Shorts
# Subscriptions

# Library
# History
# Your videos
# Watch later
# Liked videos

## Explore
- Trending
- Shopping
- Music
- Movies & TV
- Live
- Gaming
- News
- Sports
- Learning
- Fashion & Beauty
- Podcasts

## More from YouTube
- YouTube Premium
- YouTube Studio






# H3 Podcast
@H3Podcast · 2.93M subscribers · 982 videos

The official podcast of Ethan and Hila Klein of h3h3productions. h3h3shop.com and 3 more links ⌄

Subscribe    Join

HOME  VIDEOS  SHORTS  LIVE  PODCASTS  PLAYLISTS  COMMUNITY  CHANNELS  ABOUT  🔍

## Description
The official podcast of Ethan and Hila Klein of h3h3productions.

## Details
For business inquiries: View email address

Location: United States

## Links
**Merch Store** — h3h3shop.com
**Instagram** — instagram.com/h3_podcast
**Twitter** — twitter.com/theh3podcast
**TikTok** — tiktok.com/@h3_podcast

## Stats
Joined Apr 7, 2017
1,181,150,937 views

🚩

# H3 Podcast

@H3Podcast · 2.93M subscribers · 982 videos

The official podcast of Ethan and Hila Klein of h3h3productions. >

h3h3shop.com and 3 more links

LIVE  PODCASTS  PLAYLISTS  COMMUNITY  CHANNELS  ABOUT