# Exhibit T

For You
Following
Explore **New**
LIVE

Log in



hilakleinh3
Hila Klein

Follow

147 Following   292K Followers   2.9M Likes

Mgmt: teamhila@outshinetalent.com
youtu.be/TzIbDvl2soo?si=rnz...

Videos | Liked


329.6K
Shit


91.8K
A little ivf update 🫶 curre...


669.2K
Teddy Fresh is now at sel...


55.9K
Full look by @Givenchy ...


341.2K
Taylour got me to try slur...


90.1K
Draft 2


1.5M
IM PREGNANT 🫶🫶🫶 ...


101.3K


164K
Grwm to half magic part...


108.4K
Hi

Get app 

Create effects

Log in to follow creators, like videos, and view comments.

Log in

About Newsroom Contact Careers
TikTok for Good Advertise
Developers Transparency
TikTok Rewards TikTok Embeds

Help Safety Terms Privacy
Creator Portal
Community Guidelines

See more ˅

© 2023 TikTok

 GRWM going to lunch fel... 103.4K

 I forgot we were late whe... 562.8K

 party turned out so good... 101.1K

 Still emotional about our ... 65K

 Hasan's dog kaya visits u... 45.5K

 Ethan destroys Lenas gi... 131.5K

Oliver Tree pillaged our T... 99K

 60.7K

 68.6K

 73.1K

GRWM for my fav day of ...  115.1K

Today someone at TF go...  419.3K

 64.5K

 279.2K

Love this iconic dress ...  83K

 

Log in to follow creators, like videos, and view comments.

For You
Following
Explore New
LIVE

Create effects

About Newsroom Contact Careers
TikTok for Good Advertise
Developers Transparency
TikTok Rewards TikTok Embeds
Help Safety Terms Privacy
Creator Portal
Community Guidelines
See more
© 2023 TikTok






















































+ Upload

For You
Following
Explore New
LIVE

Log in to follow creators, like videos, and view comments.

TURN DOWN FOR WHAT...

so opium #destroylonely

GRWM for another friday...

Replying to @anyi_bad

I thought it could be fun ...

This is my favorite trend ...

Replying to ...

After dark GRWM 🖤 Thi...

Grwm for friday after dar...

Yeatersay Heidi Klum an...

Thank you ...

Hey its me hila klein on ti...

GRWM last night 🖤

it's my birthday bitch

Create effects

About Newsroom Contact Careers
TikTok for Good Advertise
Developers Transparency
TikTok Rewards TikTok Embeds
Help Safety Terms Privacy
Creator Portal
Community Guidelines
See more
© 2023 TikTok

+ Upload

For You
Following
Explore New
LIVE

Log in to follow creators, like videos, and view comments.

Create effects

About Newsroom Contact Careers
TikTok for Good Advertise
Developers Transparency
TikTok Rewards TikTok Embeds
Help Safety Terms Privacy
Creator Portal
Community Guidelines
See more
© 2023 TikTok

Taking out this bew bag ...

Happy New Years!! Time ...

tgif

No longer a blondie

It's the little things ❤️

Best friends #fyp

lazy sunday vibes

Live now 🖤

Thank you ...

Reply to @aardvark914

new hair vibes

It's my birthday y'all don'...

10/2/23, 11:00 AM

Hila Klein (@hilakleinh3) Official | TikTok

TikTok

For You

Following

Explore New

LIVE

Log in to follow creators, like videos, and view comments.

Create effects

About    Newsroom    Contact    Careers
TikTok for Good    Advertise
Developers    Transparency
TikTok Rewards    TikTok Embeds

Help    Safety    Terms    Privacy
Creator Portal
Community Guidelines
See more

© 2023 TikTok

Experimenting with paint...

Work in progress #art ...

New Frenemies episode i...

Upload