# Exhibit V

[On external hard drive filed with Notice of Lodging]