# Exhibit W



### Teddy Fresh Summer Collection

**H3 Podcast Highlights** ✓
1.6M subscribers

Subscribe

👍 5.2K  👎  ↪ Share  ⬇ Download

**88,900 views** Jul 27, 2019
TEDDY FRESH...http://teddyfresh.com
Watch Full Episodes here... ▶ / h3podcast

H3 MERCH... http://h3h3shop.com

Follow us on Social Media:
https://twitter.com/h3h3productions
https://www.instagram.com/h3h3product...
https://twitter.com/theh3podcast

Follow Teddy Fresh Social Media:
https://teddyfresh.com
https://instagram.com/teddyfreshofficial
https://twitter.com/teddyfresh

---

All | From H3 Podcast Highlights | T-shirts

 **5:57**
H3 Podcast Highlights ✓
89K views • 4 years ago

 **8:41**
Teddy Fresh Fall 2019 Fashion Show

 **16:38**
Teddy Fresh Official Clothing Review H3H3 Apparel Youtube...
Matthew Davis
6.1K views • 4 years ago

 **15:25**
HUGE Teddy Fresh haul! | Vlogmas Day 14
Kristen McAtee ✓
25K views • 9 months ago

 **3:28**
TiffyQuake ✓
95K views • 3 years ago

**New**
Is It Worth It? TEDDY FRESH - H3H3's Brand - HONEST...
SEC Shorts ✓
74K views • 4 hours ago

SEC Shorts - SEC West teams battle it out on game show

---

**$180 OFF** & FREE SHIPPING + A FREE BREAKFAST ITEM FOR LIFE

Sign up ↗

Ad • HelloFresh
Skip the grocery store hassle, let HelloFresh do the meal planning and shopping for you!

Less time cooking, more time living

---

Save with Fi
Ad • fi.google.com
Buy now

Show transcript

g the transcript.



H3 Podcast Highlights
1.6M subscribers

▼ Videos    ⓘ About

Show less

419 Comments    ≡ Sort by

Add a comment...

@FoshoTheOne  4 years ago
"Ethan Klein plus size model, because we are very progressive, we don't discriminate" 😂 Hila

👍 1.7K    Reply

▼ 10 replies

@slashsteel1  4 years ago
You guys should sell Swim Trunks/ Board Shorts next Summer.

👍 311    Reply

@PainCrashDaGPuff3000  4 years ago
Looks like they're ready for their day at the bowling alley

👍 771    Reply

▼ 2 replies

@Lumberjack_0187  4 years ago
Can't say if you faked it but you absolutely killed that commenting Ethan 😂

👍 175    Reply

▼ 1 reply


2:42:01
How an experienced dog mother teaches her 8 weeks ol...
Sent from Heaven
81M views • 4 years ago

4:40
Tennessee Beats South Carolina - Josh Pate Rapid...
Late Kick with Josh Pate
4.1K views • 3 hours ago
New

$578.55
11:24
The Tragic Tale of JustPearlyThings | Hasanabi...
Hasanabi Productions
435K views • 9 days ago

9:33
TEDDY FRESH HAUL! *LIMITED EDITION*
more adam mcintyre
10K views • 2 years ago
New

10:29
Why Ezra Refusing His Lightsaber is WAY More...
The Stupendous Wave
18K views • 2 hours ago
New

39:14
10 MIN PLYOMETRIC HIIT WORKOUT - Speed / Vertical...
OutWork
538K views • 2 years ago

14:50
Debating Vaush, Emma Vigeland And Ryan Grim At Th...
Destiny ✓
301K views • 2 days ago
New

9:07
Teddy Fresh May 2021 Color Block hoodie 2.0: My Love and...
DuckyParts
1K views • 2 years ago

6.7K views • 4 hours ago
New

XQC Situation Is Getting Worse
PyroLIVE ✓
787K views • 3 weeks ago

@patricet6580 4 years ago
Ethan modeling clothes is me when I'm trying to decide on an outfit haha

👍 46   Reply

▼ 4 replies

@lilipuddin4637 4 years ago
Ian being too shy to say anything was too cute. ❤️

👍 11   Reply

Everyone looked fly tho. It's beyond cool y'all have your own style of merch.

@gdoms1675 4 years ago
"Ethan likes to wear XL"…. the use of "likes" sent me. 🤣🤣🤣

👍 158   Reply

@karandeepsingh1963 4 years ago
**Hila's commentry to Ethan is so funny. Lol**

👍 43   Reply

@noahswork7997 4 years ago
1:11 this made me laugh more than I should've

👍 22   Reply

@NeilSharks 4 years ago
lmfao now this is the real victorias secret fashion show

👍 250   Reply

@ConstantThrowing 4 years ago
This was hilarious. AND great marketing. A rare combo.

👍 2   Reply

@caramelcoveredtatas4813 4 years ago
Man I love seeing good people branch out and succeed

👍 4   Reply

@thelabgeek1592 4 years ago
You guys are KILLING IT... But for real. The fall and winter collections NEED longsleeves. C'mon Hila, I know you can make it happen 🤙

   Reply

Roundtable w/ Congressman Ro Khanna
Destiny
93K views • 1 day ago
**New**

Lilypichu Wasn't Prepared For REDPILL Destiny...
Destiny
292K views • 1 month ago

Dear H3, What's Up with Teddy Fresh?
CatalinaCat
1.7K views • 1 year ago

Jojo Siwa Defends Colleen Ballinger In Bizarre Interview
H3 Podcast Highlights
350K views • 2 weeks ago



wow h3 great walk keep it up proud of you

Read more

👍 14  👎   Reply

**@jhvibes3471** 4 years ago
I liked everything, except for ethans entire outfit, great moves Hila! Keep it up, proud of you! Naw but fr i think imma cop some shirts this next payday

👍 22  👎   Reply

**@whitetail1345** 4 years ago
All the grayscale designs are just 👌. Really hoping to see a restock on the grayscale hoodie soon!

👍 1  👎   Reply

**@ReaL_loeout** 4 years ago
i love this. that was absolute vintage Ethan and Hila

👍 7  👎   Reply

**@316whatupz** 4 years ago
It's about damn time! Been asking for this since Summer began.

👍   Reply

**@jakethesnake937** 4 years ago
Shout out to all my Hila Kleiners 🫡
Look how far we've come!

👍 74  👎   Reply

▼ 2 replies