# Exhibit X

# Twitch Double Standard & Analyzing Belle Delphine's Spit - H3 Podcast #129

**H3 Podcast** ✓
2.93M subscribers

Join   Subscribe

👍 29K   👎   ↪ Share   ⬇ Download   ⋯

1,241,309 views  Jul 26, 2019  H3 Podcast - Season 2
Shop TEDDY FRESH summer collection! http://teddyfresh.com

H3 MERCH… http://h3h3shop.com

Follow us on Social Media:
https://twitter.com/h3h3productions
https://www.instagram.com/h3h3product…

Follow Teddy Fresh Social Media:
https://teddyfresh.com
https://instagram.com/teddyfreshofficial
https://twitter.com/teddyfresh



**incfile**

Free LLC Filing
Ad · incfile.com/Free/LLC

Get Verizon 5G Home Internet
No data limits. So you can watch, play and connect without data caps.
Ad · Verizon Home Internet

The Easiest Way To Setup And Manage Your Business

Learn more ↗

Register

Subscribe & Turn On Notification


3:07
**h3 Podcast Animatic - AB's Cringiest Story**
evanpeartree
17K views • 1 year ago


18:37  New
**Has Halo Infinite Recovered?!**
The Act Man ✓
413K views • 1 day ago   ⋯


3:54  New
**Government Inflation Lies**
Peter St Onge, Ph.D.
1.7K views • 4 hours ago   ⋯


🔴 LIVE
68K watching
**The Pat McAfee Show | Monday October 2nd, 2023**
The Pat McAfee Show ✓   ⋯


2:13:14
**Donald Trump Arrested, LETS GOOO - Leftovers #44**  R
H3 Podcast ✓
783K views  • Streamed 5 months…   ⋯


1:24:11
**Idiocracy**
YouTube Movies & TV
Comedy • 2006
Free with ads   ⋯










2:46 Instagram Food

21:41 Scarlett Johansson

33:33 Ian the Intern

50:42 Alcohol Is Very Poisonous to Cats

54:09 Twitch Suspended Joey's Twitch Account

1:24:3 Pacifi

## Explore the podcast

H3 Podcast - Season 2
H3 Podcast
67 episodes

Podcasts

## Transcript

Follow along using the transcript.

Show transcript

**H3 Podcast**
2.93M subscribers

Videos

About

Show less

5,832 Comments Sort by

Add a comment...

@loganholmes7946 4 years ago (edited)

3:28
75K views • 4 hours ago
New

School of Rock
YouTube Movies & TV
Comedy • 2003
Free with ads PG-13
1:49:12

Why is Halo 4's Campaign SO BAD?! And... AWESOME?? (Act...
The Act Man
3.1M views • 6 years ago
42:05

Professor Dave Humiliates Flat Earther David Weiss (DITRH...
Professor Dave Explains
4M views • 1 year ago
1:01:53

The Victims of Penguinz0 (Cr1TiKaL)
Turkey Tom
1.9M views • 1 month ago
58:31

UGA Beats Auburn - Josh Pate Rapid Reaction (Late Kick Cut)
Late Kick with Josh Pate
11K views • 4 hours ago
New

Downfall
YouTube Movies & TV
Drama • 2005
Free with ads R

The Rise & Fall of Loot Boxes
The Act Man
1.5M views • 2 years ago

Why Ezra Refusing His Lightsaber is WAY More...
The Stupendous Wave
19K views • 2 hours ago
New

Kentucky Beats Florida - Josh Pate Rapid Reaction (Late Kic...
Late Kick with Josh Pate
6.7K views • 4 hours ago
New

- 12:06...

Read more

👍 2.1K   Reply

▼ 45 replies

@CarolCrunch 🎒 4 years ago
Dan: **plays the outro song**
Ethan: **continues talking**
Dan: **intense sweating**

👍 1K   Reply

▼ 3 replies

@blew1t 4 years ago
i dont know why the interns quietly laughing in the background is 10 times funnier than a laugh track to me

👍 822   Reply

▼ 13 replies

@Maymekemper 1 year ago
Here two years later and dan ALWAYS has the right take. He needs to be praised more for how long he thought this way before everyone is "woke". Dan forever!

👍 7   Reply

@lemon2735 4 years ago
Zach: "I'll do anything for the show"
Ethan: "Interesting"

👍 196   Reply

▼ 1 reply

I'm dying

👍 333   Reply

▼ 1 reply

@boo5860 4 years ago
"I don't wanna hear any logic or rational thought. I am racist against scooter people."

@KayBlay2009 4 years ago
You should make your own commercials more often! 10/10

👍 590   Reply



**gamyang1172** 4 years ago
Hila's genuine honesty combined with Ethan's stream of consciousness 😂 ✨💜✨
Love these guys.

👍 171   Reply

**@parish.2535** 4 years ago
You guys can make the podcast how ever long you want because I tell you I listen till the end every time even with the 8 hour donation live stream

👍 84   Reply

**@gabrielagodinez6619** 4 years ago
I have a theory that Belle's saliva has alcohol in it because she used mouthwash prior to spitting in the jar

👍 548   Reply

▼ **33 replies**

**@jaidako** 4 years ago
I'd like to clarify some weird foods that you guys see at the beginning of the video.

1- The food at the 3:29 is "şırdan". It is a street food special for the city "Adana"(as most of these are) , which is at the south-east …
**Read more**

👍 14   Reply

**@assasinon1209** 4 years ago
I am literally only here for Ethan asking the staff uncomfortable questions LOL

👍 243   Reply

▼ **2 replies**

**@billclinton3200** 4 years ago
Hila doesn't look like she just gave birth...
...Ethan however
looking extra THICC in that summer swag.

👍 1.4K   Reply

▼ **13 replies**

**@ambervigil6228** 4 years ago (edited)
I love how Hila isn't letting Ethan talk over her at all anymore AND is countering his topics like with the manspreading and boobs = success things.

👍 425   Reply

▼ **11 replies**



👍 323  👎  **Reply**

▾ **7 replies**

**@Riverfily153** 4 years ago
That whole Zach segment was really enlightening. I feel like his character has developed in the H3 mythos.

👍 50  👎  **Reply**

**@jack-o-lantern6005** 4 years ago
"They straight up extincted rhinos for their tusks" - 🗿 Historian Ethan Klein 🗿

👍 526  👎  **Reply**

▾ **7 replies**

**@Gymartin97** 4 years ago
Hila looks more open and forthcoming since she gave birth. It is really great

👍 131  👎  **Reply**

▾ **1 reply**

**@lennonkg4381** 4 years ago (edited)
I'm sad Ethan no longer refers to us as Hila Kleiners

👍 51  👎  **Reply**

▾ **1 reply**

**@rinse261** 4 years ago
HAHAH The Teddy Fresh advertisement segment was actually so good, love your creativity. Please keep it up, more!

👍 29  👎  **Reply**