Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Ted Entertainment, Inc., Teddy Fresh, Inc.
Ethan Klein and Hila Klein

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants. | Case No.:  2:21-cv-03942-JAK-KS<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS TEDDY FRESH, INC., ETHAN KLEIN AND HILA KLEIN**<br><br>[Notice of Motion; Memorandum of Points and Authorities; Notice of Lodging; Request for Judicial Notice; Declaration of Lincoln D. Bandlow; and [Proposed] Order filed concurrently herewith]<br><br>Assigned to:  Hon. John A. Kronstadt<br><br>Date: January 8, 2024<br>Time: 8:30 a.m.<br>Place: Courtroom 10B |

**[PROPOSED] JUDGMENT**

Plaintiff Triller Fight Club II, LLC ("Triller") brought the present action against Defendants Ted Entertainment, Inc. ("TEI"), Teddy Fresh, Inc. ("Teddy Fresh"), Ethan Klein and Hila Klein (collectively, "Defendants") alleging that Defendants: (1) committed direct copyright infringement; (2) committed vicarious copyright infringement; and (3) violated 47 U.S.C. Section 605 of the Federal Communications Act.

On January 8, 2024, the Motion to Dismiss the Alter Ego and Vicarious Copyright Infringement Claims In Plaintiff's Third Amended Complaint Pursuant To F.R.C.P. 12(b)(6) (the "Motion") of Defendants came on for a hearing. After considering the Motion, its opposition, the Motion's reply brief and all supporting evidence, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Judgment is entered in favor of Teddy Fresh, Ethan Klein and Hila Klein (collectively, the "Dismissed Defendants") and against Triller, with prejudice;

2.      Pursuant to 17 U.S.C. Section 505, the Dismissed Defendants are entitled to move for their reasonable attorneys' fees and costs; and

3.      Any request by the Dismissed Defendants for an award of attorneys' fees and costs shall be made pursuant to Federal Rule of Civil Procedure 54(d).

DATED:_____          _____

John A. Kronstadt

United States District Court Judge