| | |
|---|---|
| Lincoln D. Bandlow (SBN 170449) | Farhad Novian (SBN 118129) |
| Lincoln@BandlowLaw.com | Farhad@NovianLaw.com |
| Rom Bar-Nissim (SBN 293356) | Lauren Woodland (SBN 283052) |
| Rom@BandlowLaw.com | LaurenW@NovianLaw.com |
| Law Offices of Lincoln Bandlow, P.C. | Alexander Kandel (SBN 306176) |
| 1801 Century Park East, Suite 2400 | AlexanderK@NovianLaw.com |
| Los Angeles, CA 90067 | Novian & Novian, LLP |
| Telephone: 310.556.9680 | 1801 Century Park East, Suite 1201 |
| Attorneys for Defendants | Los Angeles, California 90067 |
| | Telephone: (310) 553-1222 |
| | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC., a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants. | Case No. 2:21-cv-03942-JAK-KS<br>*Hon. John A. Kronstadt Presiding*<br><br>**STIPULATED PER STANDING ORDER: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS (DKT. NO. 41)** |

1  **WHEREAS,** plaintiff Triller Fight Club II, LLC ("Triller") commenced this action by filing its complaint on May 10, 2021 (Dkt. No. 1);

**WHEREAS,** in response to Triller's Second Amended Complaint ("SAC") (Dkt. No. 24), defendants Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively, "Defendants") filed a motion to dismiss the SAC on September 6, 2021 (Dkt. No. 26);

**WHEREAS,** on September 15, 2023, this Court issued an order that granted Defendants' motion to dismiss with respect to the alter ego and vicarious copyright infringement claims (the "9/15/23 Order") (Dkt. No. 32);

**WHEREAS**, the 9/15/23 Order granted Triller leave to amend the alter ego and vicarious copyright infringement claim and provided Triller twenty-one days to file its third amended complaint;

**WHEREAS**, on September 29, 2023, Triller filed its third amended complaint ("TAC") (Dkt. No. 36);

**WHEREAS,** on October 23, 2023, Defendants filed a motion to dismiss the alter ego and vicarious copyright infringement claims in the TAC ("MTD the TAC") (Dkt. No. 41) and set the hearing date for January 8, 2024;

**WHEREAS,** pursuant to Rule 9(b) of this Court's standing order, (1) the "Court will permit the parties to stipulate, without a court order, to a briefing schedule for any motion that is set for a hearing to be held more than 70 days from the date it was filed so long as the reply is filed no later than five (5) weeks prior to the hearing date"; (2) the "stipulation regarding the agreed-upon briefing schedule shall be filed with the Court within seven (7) calendar days from the date the motion is filed"; and (3) the "stipulation shall include in the caption 'STIPULATED PER STANDING ORDER.'"

**WHEREAS,** the January 8, 2024 hearing date for the MTD the TAC is seventy-eight (78) days from October 23, 2023 – *i.e.*, the date the MTD the TAC was filed;

1   **WHEREAS,** Defendants and Triller have agreed that: (1) Triller's
2   opposition to the MTD the TAC shall be filed no later than November 17, 2023; and
3   (2) Defendants' reply brief in support of the MTD the TAC shall be filed no later
4   than December 4, 2023;

5   **WHEREAS,** December 4, 2023 (*i.e.*, the date Defendants' reply brief in
6   support of the MTD to TAC is due) is five (5) weeks prior to the hearing date for the
7   MTD the TAC;

8   **WHEREAS,** this stipulation has been filed less than seven (7) days after the
9   MTD the TAC was filed and includes in the caption "STIPULATED PER
10  STANDING ORDER"

11  **THEREFORE, IT IS HEREBY STIPULATED,** by and between the
12  Parties, that: (1) Triller's opposition to the MTD the TAC shall be filed no later than
13  November 17, 2023; and (2) Defendants' reply brief in support of the MTD the TAC
14  shall be filed no later than December 4, 2023.

16  Dated: October 23, 2023        By:   */s/Farhad Novian*
17                                       Farhad Novian
                                         Lauren Woodland
18                                       Alexander Kandel
                                         Novian & Novian, LLP
19                                       *Attorneys for Plaintiff*
20

21  Dated: October 23, 2023        By:   */s/Lincoln Bandlow*
22                                       Lincoln Bandlow
                                         Rom Bar-Nissim
23                                       The Law Offices of Lincoln Bandlow
                                         *Attorneys for Defendants*
24

25       Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other
26  signatories listed, and on whose behalf this filing is submitted, concur in the filing's
27  content and have authorized the filing.
28