Name and address:
Rom Bar-Nissim
Heah Bar-Nissim LLP
1801 Century Park East
Suite 2400
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Triller Fight Club II, LLC | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF(S) | 2:21-cv-03942-JAK-KS |
| Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein and Hila Klein    DEFENDANT(S) | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Lincoln Bandlow       CA Bar Number: 170449

Firm or agency: The Law Offices of Lincoln Bandlow, P.C.

Address: 1801 Century Park East, Suite 2400, Los Angeles, CA 90067

Telephone Number: 310-556-9680       Fax Number: 310-861-5550

E-mail: Lincoln@BandlowLaw.com

Counsel of record for the following party or parties: Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein, Hila Klein

Other members of the same firm or agency also seeking to withdraw: Rom Bar-Nissim

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Rom Bar-Nissim   CA Bar Number: 293356

Firm or agency: Heah Bar-Nissim LLP

Address: 1801 Century Park East, Suite 2400, Los Angeles, CA 90067

Telephone Number: 310-432-2836   Fax Number:

E-mail: Rom@HeahBarNissim.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 01/02/2024   Signature: [signed]

Name: Lincoln Bandlow

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 01/02/2024   Signature: [signed] Rom Bar-Nissim

Name: Rom Bar-Nissim

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 01/02/2024   Signature: [signed]

Name: Ethan Klein

Title: CEO of Ted Entertainment, Inc.