UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Triller Fight Club II, LLC<br><br>Plaintiff(s)<br>v.<br><br>The H3 Podcast, et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>2:21-cv-03942-JAK-KS<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  (DKT. 47) |
|---|---|

The Court hereby orders that the request of:

__Ethan Klein__                    ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute __Rom Bar-Nissim of Heah Bar-Nissim LLP__ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__1801 Century Park East, Suite 2400__
*Street Address*

__Los Angeles, CA 90067__                    __Rom@HeahBarNissim.com__
*City, State, Zip*                                    *E-Mail Address*

__310-432-2836__                                    __293356__
*Telephone Number*          *Fax Number*           *State Bar Number*

as attorney of record instead of __Lincoln Bandlow and Rom Bar-Nissim of The Law Offices of Lincoln Bandlow__
List **all** attorneys from same firm or agency who are withdrawing.

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   January 11, 2024

*U. S. District Judge*