**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Triller Fight Club II, LLC<br>_Plaintiff(s)_<br>v.<br>The H3 Podcast, et al.,<br>_Defendant(s)_ | CASE NUMBER<br>LA CV21-03942-JAK-KS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 48)** |

The Court hereby orders that the request of:

Hila Klein     ☐ Plaintiff  ☒ Defendant  ☐ Other
_Name of Party_

to substitute  Rom Bar-Nissim of Heah Bar-Nissim LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1801 Century Park East, Suite 2400
_Street Address_

Los Angeles, CA 90067                               Rom@HeahBarNissim.com
_City, State, Zip_                                  _E-Mail Address_

310-432-2836                                        293356
_Telephone Number_      _Fax Number_                _State Bar Number_

as attorney of record instead of  Lincoln Bandlow and Rom Bar-Nissim of The Law Offices of Lincoln Bandlow
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  January 11, 2024

_U. S. District Judge_