**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Triller Fight Club II, LLC<br><br>Plaintiff(s)<br>v.<br>The H3 Podcast, et al,<br><br>Defendant(s) | CASE NUMBER<br><br>LA CV21-03942-JAK-KS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 49)** |

The Court hereby orders that the request of:

Ted Entertainment, Inc.        ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Rom Bar-Nissim of Heah Bar-Nissim LLP                                                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

1801 Century Park East, Suite 2400
*Street Address*

Los Angeles, CA 90067                                    Rom@HeahBarNissim.com
*City, State, Zip*                                          *E-Mail Address*

310-432-2836                                                                        293356
*Telephone Number*                *Fax Number*                *State Bar Number*

as attorney of record instead of  Lincoln Bandlow and Rom Bar-Nissim of The Law Offices of Lincoln Bandlow
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  January 11, 2024

*[signature]*
U. S. District Judge