| | |
|---|---|
| FARHAD NOVIAN (SBN 118129) | Rom Bar-Nissim (SBN: 293356) |
| farhad@novianlaw.com | Rom@HeahBarNissim.com |
| LAUREN WOODLAND (SBN 283052) | **HEAH BAR-NISSIM LLP** |
| laurenw@novianlaw.com | 1801 Century Park East, Suite 2400 |
| ALEXANDER KANDEL (SBN 306176) | Los Angeles, CA 90067 |
| alexanderk@novianlaw.com | Telephone: 310.432.2836 |
| AMBER MILLER (SBN 346793) | |
| amberm@novianlaw.com | Attorneys for Defendant and |
| **NOVIAN & NOVIAN, LLP** | Countercomplainant |
| 1801 Century Park East, Suite 1201 | TED ENTERTAINMENT, INC. |
| Los Angeles, California 90067 | |
| Telephone: (310) 553-1222 | |
| Facsimile: (310) 553-0222 | |

Attorneys for Plaintiff and Counter-Defendant TRILLER FIGHT CLUB II LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company, | Case No. 2:21-cv-03942-JAK-KS |
| Plaintiff, | **JOINT STIPULATION RE COUNTER-DEFENDANT'S DEADLINE TO RESPOND TO COUNTERCOMPLAINT** |
| v. | |
| TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10 | |
| Defendants. | |
| TED ENTERTAINMENT, INC, a California corporation, | |
| Countercomplainant, | |
| v. | |

JOINT STIPULATION RE DEADLINE TO RESPOND TO COUNTERCOMPLAINT

TRILLER FIGHT CLUB II, LLC, a Delaware limited liability company

Counter-defendant

**WHEREAS,** plaintiff Triller Fight Club II, LLC ("Triller") commenced this action by filing its complaint on May 10, 2021 (Dkt. No. 1);

**WHEREAS,** on September 29, 2023, Triller filed its third amended complaint ("TAC") (Dkt. No. 36);

**WHEREAS,** on January 23, 2024, defendant Ted Entertainment, Inc. ("TEI") filed an Answer to the TAC (Dkt. No. 55) and a Counterclaim (Dkt. No. 56) against Triller;

**WHEREAS,** the current deadline for Triller to file a response to the Counterclaim is February 13, 2024;

**WHEREAS,** Triller is diligently in the process of determining whether there is insurance coverage of the Counterclaim for Triller;

**WHEREAS,** Triller is seriously considering filing a motion to dismiss the Counterclaim;

**WHEREAS,** Triller and TEI (collectively, the "Parties") are committed to conducting a meet and confer process that complies with Local Rule 7-3 and Section 9(c) of this Court's Initial Standing Order for Civil Cases (the "Standing Order");

**WHEREAS,** on February 5, 2024, Triller requested that TEI enter into a joint stipulation to continue the deadline for Triller to respond to the Counterclaim by thirty (30) days;

**WHEREAS,** TEI agreed to Triller's request;

**WHEREAS,** there have been no previous requests to continue the deadline for Triller to respond to the Counterclaim; and

**WHEREAS,** good cause exists to continue the February 13, 2024 deadline for Triller to respond to the Counterclaim by thirty (30) days because: (1) it will afford Triller the time necessary to determine insurance coverage; (2) it will afford Triller time to properly and thoroughly research the grounds for a potential motion to dismiss the Counterclaim; and (3) it will afford the Parties time to conduct a meet and confer process that complies with Local Rule 7-3 and Section 9(c) of this Court's Standing Order.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties through their respective attorneys of record, that: (1) Triller's deadline to respond to the Countercomplaint be continued by thirty (30) days from February 13, 2024 to March 14, 2024; and (2) the Parties respectfully request that the Court enter the Order lodged concurrently herewith.

Dated: February 6, 2024   By:   */s/Lauren Woodland*
    Farhad Novian
    Lauren Woodland
    Alexander Kandel
    Amber Miller
    Novian & Novian, LLP

*Attorneys for Plaintiff and Counter-Defendant*

Dated February 6, 2024   By:   */s/ Rom Bar Nissim*
    Rom Bar Nissim
    HEAH BAR-NISSIM LLP
    *Attorneys for Defendants and Counter-Plaintiffs*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.