| | |
|---|---|
| FARHAD NOVIAN (SBN 118129)<br>farhad@novianlaw.com<br>LAUREN WOODLAND (SBN 283052)<br>laurenw@novianlaw.com<br>ALEXANDER KANDEL (SBN 306176)<br>alexanderk@novianlaw.com<br>AMBER MILLER (SBN 346793)<br>amberm@novianlaw.com<br>**NOVIAN & NOVIAN, LLP**<br>1801 Century Park East, Suite 1201<br>Los Angeles, California 90067<br>Telephone: (310) 553-1222<br>Facsimile: (310) 553-0222<br><br>Attorneys for Plaintiff/Counter-Defendant TRILLER FIGHT CLUB II LLC | Rom Bar-Nissim (SBN: 293356)<br>Rom@HeahBarNissim.com<br>**HEAH BAR-NISSIM LLP**<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: 310.432.2836<br><br>Attorneys for Defendant/Counter-Complainant TED ENTERTAINMENT, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>  Defendants.<br><br>TED ENTERTAINMENT, INC, a California corporation,<br><br>  Countercomplaint, | Case No. 2:21-cv-03942-JAK-KS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE COUNTER-DEFENDANT'S DEADLINE TO RESPOND TO COUNTERCOMPLAINT** |

1  v.

2  TRILLER FIGHT CLUB II, LLC, a
3  Delaware limited liability company

4        Counter-defendant

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DEADLINE TO RESPOND TO COUNTERCOMPLAINT

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Re Counter-Defendant's Deadline to Respond to the Countercomplaint ("Stipulation") of plaintiff and counter-defendant Triller Fight Club II, LLC ("Triller") and defendant and countercomplainant Ted Entertainment, Inc. ("TEI") and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED; and
2. Triller's deadline to respond to TEI's Countercomplaint is continued by thirty (30) days from February 13, 2024 to March 14, 2024.

IT IS SO ORDERED.

DATED: _____   _____
John A. Kronstadt
United States District Court Judge