| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants. | No. 2:21-cv-03942-JAK (KSx)<br><br>**ORDER RE JOINT STIPULATION RE COUNTERDEFENDANT'S DEADLINE TO RESPOND TO COUNTERCOMPLAINT (DKT. 58)** |
| TED ENTERTAINMENT, INC.,<br><br>　　　　Counterclaimant.<br><br>v.<br><br>TRILLER FIGHT CLUB II, LLC,<br><br>　　　　Counterdefendant. | |

1

1    Based on a review of the Joint Stipulation re Counterdefendant's Deadline to
2    Respond to Countercomplaint (the "Stipulation" (Dkt. 58)), sufficient good cause has
3    been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as
4    follows:
5        Counterdefendant shall respond to the countercomplaint on or before March 14,
6    2024.

**IT IS SO ORDERED.**

Dated:  February 07, 2024    _____
                             John A. Kronstadt
                             United States District Judge