1   FARHAD NOVIAN (SBN 118129)        Rom Bar-Nissim (SBN:  293356)
    farhad@novianlaw.com               Rom@HeahBarNissim.com
2   LAUREN WOODLAND (SBN 283052)      **HEAH BAR-NISSIM LLP**
3   laurenw@novianlaw.com              1801 Century Park East, Suite 2400
    ALEXANDER KANDEL (SBN 306176)     Los Angeles, CA 90067
4   alexanderk@novianlaw.com           Telephone: 310.432.2836
5   AMBER MILLER (SBN 346793)
    amberm@novianlaw.com               Attorneys for Defendant and
6   **NOVIAN & NOVIAN, LLP**           Countercomplainant
7   1801 Century Park East, Suite 1201  TED ENTERTAINMENT, INC.
    Los Angeles, California 90067
8   Telephone: (310) 553-1222
9   Facsimile: (310) 553-0222

10  Attorneys for Plaintiff and Counter-
11  Defendant TRILLER FIGHT CLUB II
    LLC

12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15

16  TRILLER FIGHT CLUB II LLC, a          Case No. 2:21-cv-03942-JAK-KS
    Delaware limited liability company,

17
                        Plaintiff,        **JOINT STIPULATION RE**
18                                        **COUNTER-DEFENDANT'S**
19              v.                        **DEADLINE TO RESPOND TO**
                                          **COUNTERCOMPLAINT**
20  TED ENTERTAINMENT, INC., a
21  California corporation; TEDDY
    FRESH, INC, a California
22  corporation; ETHAN KLEIN, an
23  individual; HILA KLEIN, an
    individual; and DOES 1-10
24
25                     Defendants.

26  TED ENTERTAINMENT, INC, a
27  California corporation,

28                     Countercomplainant,
              v.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRILLER FIGHT CLUB II, LLC, a
Delaware limited liability company

Counter-defendant

**WHEREAS,** plaintiff Triller Fight Club II, LLC ("Triller") commenced this action by filing its complaint on May 10, 2021 (Dkt. No. 1);

**WHEREAS**, on September 29, 2023, Triller filed its third amended complaint ("TAC") (Dkt. No. 36);

**WHEREAS,** on January 23, 2024, defendant Ted Entertainment, Inc. ("TEI") filed an Answer to the TAC (Dkt. No. 55) and a Counterclaim (Dkt. No. 56) against Triller;

**WHEREAS,** the original deadline for Triller to file a response to the Counterclaim was February 13, 2024;

**WHEREAS,** on February 6, 2024, the parties filed a stipulation to continue the deadline for Triller to respond to the Counterclaim by thirty (30) days to: (1) afford Triller the time necessary to determine insurance coverage of the Counterclaim for Triller; (2) afford Triller time to properly and thoroughly research the grounds for a potential motion to dismiss the Counterclaim; and (3) afford the Parties time to conduct a meet and confer process that complies with Local Rule 7-3 and Section 9(c) of this Court's Standing Order (Dkt. No. 58) (the " First Stipulation"').

**WHEREAS,** on February 8, 2024, the Court entered an Order on the First Stipulation extending the time for Triller to respond to the Counterclaim by thirty (30) days to March 14, 2024 (Dkt. 59);

**WHEREAS,** Triller has tendered its claim for defense and indemnity with its insurance carrier on the Counterclaim and received confirmation of receipt from the insurance carrier.  However, Triller is still waiting to receive a coverage determination letter;

**WHEREAS,** after meeting and conferring with counsel for TEI by telephone conference on March 8, 2024, Triller intends to file an Answer to the Counterclaim and is seriously considering filing a motion for judgment on the pleadings regarding the Counterclaim;

**WHEREAS,** good cause exists to continue the March 14, 2024 deadline for

Triller to respond to the Countercomplaint by seven (7) days because it will afford Triller the time to receive an insurance coverage determination letter from the carrier; and (2) it will afford Triller additional time to answer the Countercomplaint.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties through their respective attorneys of record, that: (1) Triller's deadline to respond to the Countercomplaint be continued by seven (7) days from March 14, 2024 to March 21, 2024; and (2) the Parties respectfully request that the Court enter the Order lodged concurrently herewith.

Dated: March 12 2024            By:   */s/Lauren Woodland*
                                      Farhad Novian
                                      Lauren Woodland
                                      Alexander Kandel
                                      Amber Miller
                                      Novian & Novian, LLP
                                      *Attorneys for Plaintiff and*
                                      *Counter-Defendant*


Dated March 12, 2024            By:   */s/ Rom Bar Nissim*
                                      Rom Bar Nissim
                                      HEAH BAR-NISSIM LLP
                                      *Attorneys for Defendants*
                                      *and Counter-Plaintiffs*


Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.