FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
LAUREN WOODLAND (SBN 283052)
laurenw@novianlaw.com
ALEXANDER KANDEL (SBN 306176)
alexanderk@novianlaw.com
AMBER MILLER (SBN 346793)
amberm@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

Attorneys for Plaintiff/Counter-
Defendant TRILLER FIGHT CLUB II
LLC

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Defendant/Counter-
Complainant TED
ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants.<br><br>TED ENTERTAINMENT, INC, a California corporation,<br><br>Countercomplainant, | Case No. 2:21-cv-03942-JAK-KS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE COUNTER-DEFENDANT'S DEADLINE TO RESPOND TO COUNTERCOMPLAINT** |

1      v.

2   TRILLER FIGHT CLUB II, LLC, a

3   Delaware limited liability company

4                Counter-defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DEADLINE TO RESPOND TO COUNTERCOMPLAINT

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation Re Counter-Defendant's Deadline to Respond to the Countercomplaint ("Stipulation") of plaintiff and counter-defendant Triller Fight Club II, LLC ("Triller") and defendant and countercomplainant Ted Entertainment, Inc. ("TEI") filed on March 12, 2023, and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED; and
2. Triller's deadline to respond to TEI's Countercomplaint is continued by seven (7) days from March 14, 2024 to March 21, 2024.

IT IS SO ORDERED.

DATED: _____        _____

John A. Kronstadt
United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DEADLINE TO RESPOND TO COUNTERCOMPLAINT