1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  TRILLER FIGHT CLUB II LLC,

No. 2:21-cv-03942-JAK (KSx)

12              Plaintiff and
               Counterdefendant,

**ORDER RE JOINT STIPULATION RE COUNTERDEFENDANT'S DEADLINE TO RESPOND TO COUNTERCOMPLAINT (DKT. 60)**

13  v.

14  TED ENTERTAINMENT, INC., et al.,

15              Defendants and
               Counterclaimants.

16
17
18
19
20
21
22
23
24
25
26
27
28

1

Based on a review of the Joint Stipulation re Counterdefendant's Deadline to Respond to Countercomplaint (the "Stipulation" (Dkt. 60)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Counterdefendant's deadline to respond to the Countercomplaint is continued by seven days from March 14, 2024, to March 21, 2024.

**IT IS SO ORDERED.**

Dated:  March 19, 2024

John A. Kronstadt
United States District Judge

2