UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 21-3942-JAK (KS)      Date: April 18, 2024

Title    *Triller Fight Club II LLC v. The H3 Podcast*

Present: The Honorable:    Karen L. Stevenson, Chief U.S. Magistrate Judge

| G. Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: N/A     Attorneys Present for Defendants: N/A

**Proceedings: (IN CHAMBERS) ORDER RE: STIPULATION FOR PROTECTIVE ORDER [DKT. NO. 65]**

    The Court is in receipt of the parties' Stipulation for Protective Order filed by Defendants and Countercomplainants Hila Klein, Ethan Klein, Ted Entertainment, Inc., and Teddy Fresh, Inc. on April 12, 2024 ("SPO"). (Dkt. No. 65.) However, Chief Magistrate Judge Stevenson's posted procedures provide that "[a]ll proposed orders approving stipulated protective orders must be submitted (1) in Word format, and (2) including the full text of the stipulated protective order and the signatures of all stipulating counsel."

    Accordingly, the parties are encouraged to <u>thoroughly</u> review the procedures on the Court's website[1] and must email a complete Word version of the SPO to the Magistrate Judge's chambers by **no later than Thursday, April 25, 2024**. The parties are also reminded that they will receive expedited consideration if they provide a red-lined comparison between the form SPO on the Court's website and their SPO. If the parties fail to comply with this Order, the SPO will be denied.

    **IT IS SO ORDERED.**

                                         :
                                       **Initials of Preparer**    gr

---

[1] Available at: http://www.cacd.uscourts.gov/honorable-karen-l-stevenson.