UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV21-03942 JAK (KS) | Date | April 17, 2024 |
| Title | Triller Fight Club II LLC vs. The H3 Podcast, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) ORDER SETTING PRETRIAL DEADLINES (DKT. 64)**

The Court has reviewed the parties' April 12, 2024 Joint Report and sets the following deadlines:

| | |
|---|---|
| May 1, 2024 | Deadline to file joint report regarding agreed upon private neutral. If the parties are not able to agree, the joint report shall include three nominees from each party. A resume and hourly rate for each nominee shall be attached to the joint report. The Court will select a private neutral from the nominees proposed by the parties. |
| August 28, 2024 | Last day to amend pleadings or add parties |
| November 13, 2024 | Last day to participate in a settlement conference/mediation |
| November 15, 2024 | Last day to file notice of settlement / joint report re settlement |
| November 25, 2024 at 11:30 a.m. | Post Mediation Status Conference |
| December 16, 2024 | Non-Expert Discovery Cut-Off |
| January 13, 2024 | Initial Expert Disclosures |
| January 27, 2024 | Rebuttal Expert Disclosures |
| February 10, 2025 | Expert Discovery Cut-Off |
| February 10, 2025 | Last day to file all motions |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-03942 JAK (KS) | Date | April 17, 2024 |
|---|---|---|---|
| Title | Triller Fight Club II LLC vs. The H3 Podcast, et al. | | |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on November 25, 2024, if such notice is filed on or before November 15, 2024. If a notice of settlement is not filed, counsel shall file a joint report by November 15, 2024, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

:

Initials of Preparer   tj