| | |
|---|---|
| FARHAD NOVIAN (SBN 118129) <br> farhad@novianlaw.com <br> LAUREN WOODLAND (SBN 283052) <br> laurenw@novianlaw.com <br> ALEXANDER KANDEL (SBN 306176) <br> alexanderk@novianlaw.com <br> AMBER MILLER (SBN 346793) <br> amberm@novianlaw.com <br> **NOVIAN & NOVIAN, LLP** <br> 1801 Century Park East, Suite 1201 <br> Los Angeles, California 90067 <br> Telephone: (310) 553-1222 <br> Facsimile: (310) 553-0222 <br><br> Attorneys for Plaintiff and Counter-Defendant TRILLER FIGHT CLUB II LLC | Rom Bar-Nissim (SBN: 293356) <br> Rom@HeahBarNissim.com <br> **HEAH BAR-NISSIM LLP** <br> 1801 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 <br> Telephone: 310.432.2836 <br><br> Attorneys for Defendant and Countercomplainant TED ENTERTAINMENT, INC. and Defendants TEDDY FRESH, INC., ETHAN KLEIN and HILA KLEIN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10 <br><br> Defendants. <br><br> TED ENTERTAINMENT, INC, a California corporation, <br><br> Countercomplainant, <br><br> v. | Case No. 2:21-cv-03942-JAK-KS <br><br> **JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL** |

1

**JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL**

| | |
|---|---|
| 1 | |
| 2 | TRILLER FIGHT CLUB II, LLC, a Delaware limited liability company |
| 3 | |
| 4 | Counter-defendant |

2

**JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL**

By and through their attorneys of record, who are set forth below, Plaintiff/Counter-Defendant Triller Fight Club II, LLC ("Plaintiff") and Defendant/Countercomplainant Ted Entertainment, Inc. and Defendants Teddy Fresh, Inc., Ethan Klein, and Hila Klein (collectively, "Defendants") have prepared and hereby submit this jointly signed Joint Report re Agreed Upon Private Neutral pursuant to this Court's April 17, 2024 Order (Dkt. No. 68).

Plaintiff and Defendants have agreed to use Gail Migdal Title, Esq. at ADR Services, Inc. as the mediator in this matter.

Dated: May 1, 2024                             **NOVIAN & NOVIAN LLP**

                                               By:  */s/Lauren Woodland*
                                                    Farhad Novian
                                                    Lauren Woodland
                                                    Alexander Kandel
                                                    Amber Miller

                                               *Attorneys for Plaintiff and Counter-Defendant Triller Fight Club II LLC*

Dated: May 1, 2024                             **HEAH BAR-NISSIM LLP**

                                               By:*/s/ Rom Bar Nissim*
                                                    Rom Bar Nissim

                                               *Attorneys for Defendant-Countercomplainant Ted Entertainment, Inc. and Defendants Teddy Fresh, Inc., Ethan Klein, and Hila Klein*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.