| | |
|---|---|
| FARHAD NOVIAN (SBN 118129)<br>farhad@novianlaw.com<br>LAUREN WOODLAND (SBN 283052)<br>laurenw@novianlaw.com<br>ALEXANDER KANDEL (SBN 306176)<br>alexanderk@novianlaw.com<br>AMBER MILLER (SBN 346793)<br>amberm@novianlaw.com<br>**NOVIAN & NOVIAN, LLP**<br>1801 Century Park East, Suite 1201<br>Los Angeles, California 90067<br>Telephone: (310) 553-1222<br>Facsimile: (310) 553-0222 | Rom Bar-Nissim (SBN: 293356)<br>Rom@HeahBarNissim.com<br>**HEAH BAR-NISSIM LLP**<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: 310.432.2836<br><br>Attorneys for Defendant and Countercomplainant TED ENTERTAINMENT, INC. and Defendants TEDDY FRESH, INC., ETHAN KLEIN and HILA KLEIN |

Attorneys for Plaintiff and Counter-Defendant TRILLER FIGHT CLUB II LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>　　　　Defendants.<br><br>TED ENTERTAINMENT, INC, a California corporation,<br><br>　　　　Countercomplainant,<br>　v. | Case No. 2:21-cv-03942-JAK-KS<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to: Hon. John A. Kronstadt |

1
**NOTICE OF SETTLEMENT**

1  TRILLER FIGHT CLUB II, LLC, a
2  Delaware limited liability company
3              Counter-defendant

**PLEASE TAKE NOTICE** that Plaintiff and Counter-Defendant Triller Fight Club II, LLC ("Triller"), Countercomplainant and Defendant Ted Entertainment, Inc. ("TEI"), and Defendants Teddy Fresh, Inc., Ethan Klein and Hila Klein have settled the above-referenced matter. Upon satisfaction of the terms of the parties' settlement agreement (which the parties anticipate will take approximately thirty (30) days), Triller and TEI shall file requests for dismissal of this action in its entirety with prejudice.

Dated: August 9, 2024          **NOVIAN & NOVIAN LLP**

                               By:  */s/Lauren Woodland*
                                    Farhad Novian
                                    Lauren Woodland
                                    Alexander Kandel
                                    Amber Miller

                               *Attorneys for Plaintiff and Counter-Defendant Triller Fight Club II LLC*

Dated: August 9, 2024          **HEAH BAR-NISSIM LLP**

                               By:*/s/ Rom Bar Nissim*
                                    Rom Bar Nissim

                               *Attorneys for Defendants Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein, and Hila Klein, and Countercomplainant Ted Entertainment, Inc.*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.