UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-03942 JAK (KSx) | Date | 11/13/2024 |
|---|---|---|---|
| Title | Triller Fight Club II LLC v. The H3 Podcast | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Daniel Torrez | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lauren Woodland via zoom | Rom Bar-Nissim |

**Proceedings:**          **ORDER TO SHOW CAUSE RE DISMISSAL (DKT. 72)**

The show cause hearing is held. Counsel address the Court. The Court sets a further Order to Show Cause re Dismissal ("OSC") for November 25, 2024 at 10:30 a.m., with the specific time to be set when the final calendar for that date is issued. If the parties file a request for dismissal by November 20, 2024, the OSC will be discharged, the matter will be taken off calendar and no appearance by counsel will be required. If the parties do not do so, then, by the same date they shall file a report stating their collective and/or respective positions as to the procedural status of the settlement process, including whether a request for dismissal is anticipated and, if so, by what date. Based on a review of a joint report, a determination will be made as to whether to proceed with the OSC as presently scheduled. If the OSC proceeds, counsel for Plaintiffs and a representative for Plaintiff with settlement authority shall appear in person.

**IT IS SO ORDERED.**

|  | : | 07 |
|---|---|---|
| Initials of Preparer | DT | |