| | |
|---|---|
| FARHAD NOVIAN (SBN 118129)<br>farhad@novianlaw.com<br>LAUREN WOODLAND (SBN 283052)<br>laurenw@novianlaw.com<br>ALEXANDER KANDEL (SBN 306176)<br>alexanderk@novianlaw.com<br>**NOVIAN & NOVIAN, LLP**<br>1801 Century Park East, Suite 1201<br>Los Angeles, California 90067<br>Telephone: (310) 553-1222<br>Facsimile: (310) 553-0222<br><br>Attorneys for Plaintiff and Counter-Defendant TRILLER FIGHT CLUB II LLC | Rom Bar-Nissim (SBN: 293356)<br>Rom@HeahBarNissim.com<br>**HEAH BAR-NISSIM LLP**<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: 310.432.2836<br><br>Attorneys for Defendant and Countercomplainant TED ENTERTAINMENT, INC. and Defendants TEDDY FRESH, INC., ETHAN KLEIN and HILA KLEIN |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>        Defendants.<br><br>TED ENTERTAINMENT, INC, a California corporation,<br><br>        Countercomplainant,<br><br>    v.<br><br>TRILLER FIGHT CLUB II, LLC, a Delaware limited liability company | Case No. 2:21-cv-03942-JAK-KS<br><br>**THIRD JOINT STATUS REPORT RE: SETTLEMENT PURSUANT TO DKT. NO. 79**<br><br>Assigned to: Hon. John A. Kronstadt |

Counter-defendant

# THIRD JOINT STATUS REPORT RE: SETTLEMENT

Pursuant to this Court's order on November 13, 2024 [Dkt. No. 79], Plaintiff and Counter-Defendant Triller Fight Club II, LLC ("Triller"), Defendant and Countercomplainant Ted Entertainment, Inc. ("TEI") and Defendants Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively with TEI, the "Defendants") hereby submit their joint report regarding the status of Triller's and Defendants' settlement. Triller and Defendants (collectively, the "Parties") incorporate by reference their: (1) September 10, 2024 Joint Status Report Re: Settlement [Dkt. No. 74]; and (2) October 24, 2024 Joint Status Report Re: Settlement [Dkt. No. 76].

On November 19, 2024, the Parties executed a settlement agreement to resolve the above-referenced action. The Parties anticipate that the Parties shall file with this Court a joint stipulation requesting dismissal of the Third Amended Complaint and Countercomplaint with prejudice within two (2) weeks.

Therefore, the Parties respectfully request that: (1) the November 25, 2024 hearing for this Court's Order to Show Cause Re: Dismissal (the "OSC") be taken off-calendar; and (2) the OSC be continued by two (2) weeks to December 4, 2024.

Dated: November 20, 2024          **NOVIAN & NOVIAN LLP**

By:  */s/Lauren Woodland*
     Farhad Novian
     Lauren Woodland
     Alexander Kandel

*Attorneys for Plaintiff and Counter-Defendant Triller Fight Club II LLC*

Dated: November 20, 2024          **HEAH BAR-NISSIM LLP**

By:*/s/ Rom Bar Nissim*
    Rom Bar Nissim

*Attorneys for Defendants Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein, and Hila Klein, and Countercomplainant Ted Entertainment, Inc.*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.