| | |
|---|---|
| FARHAD NOVIAN (SBN 118129)<br>farhad@novianlaw.com<br>LAUREN WOODLAND (SBN 283052)<br>laurenw@novianlaw.com<br>ALEXANDER KANDEL (SBN 306176)<br>alexanderk@novianlaw.com<br>**NOVIAN & NOVIAN, LLP**<br>1801 Century Park East, Suite 1201<br>Los Angeles, California 90067<br>Telephone: (310) 553-1222<br>Facsimile: (310) 553-0222<br><br>Attorneys for Plaintiff and Counter-Defendant TRILLER FIGHT CLUB II LLC | Rom Bar-Nissim (SBN: 293356)<br>Rom@HeahBarNissim.com<br>**HEAH BAR-NISSIM LLP**<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: 310.432.2836<br><br>Attorneys for Defendant and Countercomplainant TED ENTERTAINMENT, INC. and Defendants TEDDY FRESH, INC., ETHAN KLEIN and HILA KLEIN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TED ENTERTAINMENT, INC., a California corporation; TEDDY FRESH, INC, a California corporation; ETHAN KLEIN, an individual; HILA KLEIN, an individual; and DOES 1-10<br><br>Defendants.<br><br>TED ENTERTAINMENT, INC, a California corporation,<br><br>Countercomplainant,<br><br>v.<br><br>TRILLER FIGHT CLUB II, LLC, a Delaware limited liability company | Case No. 2:21-cv-03942-JAK-KS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Hon. John A. Kronstadt |

1

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

| | Counter-defendant |
|---|---|

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

# JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Triller Fight Club II, LLC, Defendant and Countercomplainant Ted Entertainment, Inc., and Defendants Teddy Fresh, Inc., Ethan Klein and Hila Klein (collectively, the "Parties") hereby stipulate to dismissal of the above-captioned action, including all claims and counterclaims, with prejudice and with all Parties to bear their own costs, expenses, and attorneys' fees.

Dated: November 22, 2024       **NOVIAN & NOVIAN LLP**

By: */s/Lauren Woodland*
 Farhad Novian
 Lauren Woodland
 Alexander Kandel

*Attorneys for Plaintiff and Counter-Defendant Triller Fight Club II LLC*


Dated: November 22, 2024       **HEAH BAR-NISSIM LLP**

By:*/s/ Rom Bar Nissim*
 Rom Bar Nissim

*Attorneys for Defendants Ted Entertainment, Inc., Teddy Fresh, Inc., Ethan Klein, and Hila Klein, and Countercomplainant Ted Entertainment, Inc.*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.